JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
KEVIN B. CLUNE (248681)
clune@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1528
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Nonparty
TERRY NAFISI, in her official capacity as
District Executive and Clerk of Court
for the Central District of California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CR 05-107-JVS |
| Plaintiff, | **ORDER CONTINUING THE HEARING ON THE CLERK'S PENDING MOTION** |
| v. | |
| FRANCISCO RODRIGUEZ, | |
| Defendant. | |

Case No. SA CR 05-107-JVS                                              [PROPOSED] ORDER

## ORDER

This matter comes before the Court on the stipulation by Nonparty Terry Nafisi in her official capacity as District Executive and Clerk of Court for the Central District of California ("the Clerk"), Defendant Francisco Rodriguez, and the United States of America to continue the hearing on the Clerk's pending Motion For An Order Modifying The Scope Of Discovery Required In This Action Pursuant To Rule 16(d)(1) And The Court's Inherent Authority.

Having considered the stipulation, and finding good therefore, IT IS HEREBY ORDERED that the hearing on the Clerk's pending Motion (Dkt. No. 1175) is continued to Tuesday, May 8, 2012 at 8:00 a.m.

Dated: April 18, 2012

_____
Hon. James V. Selna
U.S. District Judge

Case No. SA CR 05-107-JVS                     [PROPOSED] ORDER